**SEALED**

PHILLIP A. TALBERT
Acting United States Attorney
JILL M. THOMAS
MICHELE BECKWITH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States of America

**FILED**

MAY 1 2 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0101 KJM |
| Plaintiff, | ORDER TO SEAL (UNDER SEAL) |
| v. | |
| CHRISTOPHER MROZ, | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michele Beckwith to seal the indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of this Court.

DATED: May 12, 2016

KENDALL J. NEWMAN
United States Magistrate Judge