IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MROZ,<br><br>Defendant. | Case No. 2:16-cr-101 KJM<br><br>[PROPOSED] ORDER TO SEAL ATTACHMENTS C – C2 TO DEFENDANT'S SENTENCING MEMORANDUM |

**IT IS HEREBY ORDERED** that the Request to Seal Attachments C – C2 of Defendant's Sentencing Memorandum be granted so that personal identifying information is not available on the public docket. The Sentencing Memorandum and its attachments are to be provided to the Court and Assistant United States Attorneys Jill Thomas and Michele Beckwith.

Dated: December 18, 2017

HONORABLE KIMBERLY J. MUELLER
United States District Judge

Order -1-